No. 425, Misc. FREEMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Theodore Krieger* for petitioner. *Solicitor General Marshall* for the United States.

No. 427, Misc. SEBRING v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 430, Misc. GILBERT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Donald E. Werner* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 431, Misc. WILLIAMS v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 433, Misc. ESPARZA v. CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 434, Misc. BARKAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 436, Misc. GOHLKE v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 437, Misc. GRAY v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 442, Misc. SCOTT v. CROCKER-CITIZENS NATIONAL BANK. Sup. Ct. Cal. Certiorari denied.

No. 452, Misc. GERSHON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.